UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HARBOR REAL ESTATE L.P.,
Plaintiff,
v.
HARBOR REAL ESTATE L.P., et al.,
Defendants.

Case No. 2:26-cv-02648-FLA (SSCx)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The court ACCEPTS the findings and conclusions of the Magistrate Judge in the Report and Recommendation and ORDERS as follows:

1. Plaintiff's motion for interlocutory sale (Dkts. 29, 29-1) is granted.
2. The United States Marshal is authorized and directed to sell the Defendant Vessel, together with her engines, tackle, apparel, furniture, equipment, appurtenances, and all other property arrested in this action, at public auction in accordance with Local Admiralty Rule E.15 and the

customary procedures of the United States Marshal, and after having caused notice of said sale to be published and provided in the manner required by Local Admiralty Rule E.15.

3. The United States Marshal shall deposit the net proceeds of sale into the Registry of this court after deduction of the Marshal's commission and any other amounts authorized by law.

4. Plaintiff is authorized to credit bid up to $114,960.56, plus actual and demonstrable costs of suit accruing through the date of the auction, provided it shall file and serve all parties with its affidavit establishing the total amount of its secured indebtedness no later than fourteen (14) days prior to the date of the sale, as required by Local Admiralty Rule E.15(b).

5. Pursuant to Local Admiralty Rule E.15(c), if within seven (7) days of the auction date—exclusive of Saturdays, Sundays, and legal holidays—no written objection to the sale of the Defendant Vessel is filed, the sale shall stand confirmed as of course, without the necessity of any affirmative action thereon by a judge, except that no sale shall stand confirmed until the buyer has complied fully with the terms of the purchase.

IT IS SO ORDERED.

Dated: October 2, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge